**Order entered September 17, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00590-CR
### No. 05-20-00591-CR

## DAMON EVANS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F20-51047-I & F20-51046-I**

### ORDER

Before the Court is the State's September 15, 2021 second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief received with the motion filed as of the date of this order.


/s/    ERIN A. NOWELL
       JUSTICE